**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 24-1902**

_____

JULIAN LEE GREEN,

       Plaintiff - Appellant,

    v.

OFFICER B. HOEN, individual and official capacity; OFFICER C. CASTILOW, individual and official capacity,

       Defendants - Appellees.

_____

Appeal from the United States District Court for the Northern District of West Virginia, at Wheeling.  John Preston Bailey, District Judge.  (5:24-cv-00163-JPB-JPM)

_____

Submitted:  July 29, 2025                         Decided:  July 31, 2025

_____

Before KING, WYNN, and BERNER, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Julian Lee Green, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Julian Lee Green appeals the district court's order denying relief on his 42 U.S.C. § 1983 complaint. We have reviewed the record and discern no reversible error in the district court's conclusion that Green's § 1983 claim was time-barred by the applicable West Virginia statute of limitations governing personal injury claims. Accordingly, we affirm the district court's order. *Green v. Hoen*, No. 5:24-cv-00163-JPB-JPM (N.D. W. Va. Sep. 9, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*